THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SENECA WILSON, Appellant. [817 NYS2d 573]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered April 12, 2002. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.